**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | |
|---|---|
| **MICHAEL BRANDON ADAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **NO. 1:15-cv-00115** |
| ) | **JUDGE CRENSHAW** |
| **TENNESSEE DEPARTMENT OF** ) | |
| **CORRECTION,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 161.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 125) is **GRANTED**. The Complaint against Tammy Ford, F. Johnson, and Brandon Leek is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE