**IN THE UNITED STATES DISTRICT COURT FOR**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **MICHAEL BRANDON ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:15-cv-00115** |
| | ) | |
| **TENNESSEE DEPARTMENT OF** | ) | **JUDGE CAMPBELL** |
| **CORRECTION, et al.,** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| | ) | |
| **Defendants.** | | |

**ORDER**

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report And Recommendation (Docket No. 199), to which no timely objections have been filed. The Court has reviewed the Report and Recommendation and the entire record in this case. The Report and Recommendation is **ADOPTED** and **APPROVED**.

Accordingly, Plaintiff's Motion For Temporary Restraining Order And Preliminary Injunction (Docket No. 162) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE