# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **MICHAEL BRANDON ADAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:15-cv-00115 |
| ) | |
| **TENNESSEE DEPARTMENT OF** ) | **JUDGE CAMPBELL** |
| **CORRECTION, et al.,** ) | **MAGISTRATE JUDGE FRENSLEY** |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 227), which was filed on September 14, 2018. Through the Report and Recommendation, the Magistrate Judge recommends Defendants' Motion for Summary Judgment (Doc. No. 214) be granted and that this action be dismissed with prejudice. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 214) is **GRANTED**, and this case is **DISMISSED,** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE